**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated, | Docket No: **1:18-cv-07149-LDH-RLM** |
| Plaintiffs, | |
| -against- | **NOTICE OF SETTLEMENT** |
| WYETH, INC. | |
| Defendant. | |

Now comes the Plaintiff DERRICK U DENNIS, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Respectfully submitted,

By: /s/*Jonathan Shalom*
Jonathan Shalom, Esq.
Jshalom@JonathanShalomLaw.com
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Tel: (718) 971-9474
Fax: (718) 865-0943

**ATTORNEYS FOR PLAINTIFF**

Dated:   Queens, New York
         March 19, 2019

1