**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

DERRICK U DENNIS on behalf of himself and
all others similarly situated,                                    1:18-cv-07149-LDH-RLM

                                Plaintiff,

   -against-                                                         **STATEMENT OF DAMAGES**

WYETH, INC.,

                              Defendant,

_____

**Compensatory Damages,** pursuant to New York State Human Rights Laws ("NYSHRL");
New York City Human Rights Laws ("N.Y.C.H.L")…………………………$1,000.00

**Costs and Disbursements**

     Clerk's Fee …………………………………………………………...$400.00
     Process Server fee for service ………………………………......$80.00
     Attorney Fees ………………………………………………………TBD
     42 U.S.C. § 12205; N.Y.C. Admin. Code 8-502(f)

     Total …………………………………………………………………...TBD

**<u>AFFIXED AS EXHIBITS</u>**

1. Memorandum in Support

.

9