**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DERRICK U DENNIS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WYETH, INC.,<br><br>Defendant. | Case No. 1:18-cv-07149-LDH-RLM<br><br>**AFFIRMATION OF SERVICE** |

I, Jonathan Shalom, declare under penalty of perjury that on June 6, 2019, I served a copy of Plaintiff's Motion for Default Judgment, Supplemental Submissions, and the Court's May 31, 2019 Order upon Defendant, WYETH, INC., via Federal Express, at its last known business address of 533 Canal Street, New York, NY 10013, and upon Kamala Acero, Defendant's representative, via Federal Express, addressed to 533 Canal Street, New York, NY 10013.

Dated:   June 6, 2019

*/s/ Jonathan Shalom*
Jonathan Shalom, Esq.
SHALOM LAW, PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
Email: jshalom@jonathanshalomlaw.com
Tel: (718) 971-9474